**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Michael Biondo, Appellant,

v.

Crystal Russell, Respondent.

Appellate Case No. 2013-001055

---

Appeal From Berkeley County
A. E. Morehead, III, Family Court Judge

---

Unpublished Opinion No. 2014-UP-394
Submitted September 1, 2014 – Filed November 12, 2014

---

**AFFIRMED**

---

Michael Biondo, of Goose Creek, pro se.

H. Stanley Feldman, of Charleston, for Respondent.

---

**PER CURIAM:**  Michael Biondo appeals the family court's order dismissing his action for grandparent visitation of a minor child.  On appeal, Biondo argues: (1) the family court erred in finding it lacked subject matter jurisdiction to adjudicate his claim; (2) the family court erred in awarding attorney's fees; (3) he is entitled to the protections of the South Carolina Whistleblower Act; and (4) the family court

should be reversed due to Crystal Russell's failure to file a respondent's brief.  We affirm pursuant to Rule 220(b), SCACR, and the following authorities:

1.  As to issue one:  S.C. Code Ann. § 63-3-530(A)(33) (Supp. 2013) ("The family court has exclusive jurisdiction . . . to order visitation for the grandparent of a minor child *where either or both parents of the minor child is or are deceased, or are divorced, or are living separate and apart in different habitats . . . .*" (emphasis provided)).

2.  As to issues two and three:  *Gartside v. Gartside*, 383 S.C. 35, 43, 677 S.E.2d 621, 625 (Ct. App. 2009) ("But for a very few exceptional circumstances, an appellate court cannot address an issue unless it was raised to and ruled upon by the family court.").

3.  As to issue four:  Rule 208(a)(4), SCACR ("Upon the failure of respondent to timely file a brief, the appellate court may take such action as it deems proper.").

**AFFIRMED.**[1]

**FEW, C.J., and THOMAS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.